# EXHIBIT A

Model Select US/English (USA/Canada)

# 2022 Defender

Passport to Service
Go to previous page

# VEHICLE WARRANTIES [G2390993]

## NEW VEHICLE LIMITED WARRANTY

All vehicles originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States, Puerto Rico, Guam, and Canada.

## WARRANTY LIMITATIONS

This New Vehicle Limited Warranty is the only express warranty applicable to your vehicle. Jaguar Land Rover (JLR) neither assume, nor authorizes anyone to assume for it, any other obligation or liability in connection with this warranty.

## LIMITATION OF REMEDIES

Under the warranty, it is agreed that the sole exclusive remedy against JLR, and their retailer/ authorized repairers shall be for the repair or replacement of defective parts as provided herein. The sole purpose of this exclusive remedy shall be to provide for the free repair and replacement of defective parts in the manner prescribed in this warranty. This exclusive remedy shall not be deemed to have failed its essential purpose so long as JLR, through their retailer/authorized repairers, are willing and able to repair or replace defective parts in the prescribed manner.

## IMPLIED WARRANTIES - CONSEQUENTIAL DAMAGES

UNDER THE LAW, THE OWNER MAY BE ENTITLED TO THE BENEFIT OF CERTAIN IMPLIED WARRANTIES:

1. AN IMPLIED WARRANTY OF MERCHANTABILITY (THAT YOUR CAR IS REASONABLY FIT FOR THE GENERAL PURPOSE FOR WHICH IT WAS SOLD) OR,
2. AN IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. (THAT YOUR CAR IS SUITABLE FOR YOUR SPECIAL PURPOSES).

THESE IMPLIED WARRANTIES ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE TIME PERIOD COVERED BY THE WRITTEN WARRANTIES, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY STATE LAW (USA ONLY) OR PROVINCIAL LAW (CANADA ONLY), WHICHEVER PERIOD IS SHORTER.

JLR DOES NOT ACCEPT RESPONSIBILITY UNDER ANY OF THE WARRANTIES IN THE PASSPORT TO SERVICE FOR ANY CONSEQUENTIAL DAMAGE OR COMMERCIAL LOSS TO THE OWNER, OR ANY INCIDENTAL EXPENSES, LOSS OF TIME, OR INCONVENIENCE.

SOME STATES (USA ONLY) OR PROVINCES (CANADA ONLY) DO NOT PERMIT A LIMITATION ON HOW LONG AN IMPLIED WARRANTY WILL LAST, OR ON THE EXCLUSION OR LIMITATION OF

INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO THE OWNER. THIS WARRANTY GIVES OWNERS SPECIFIC LEGAL RIGHTS, AND THEY MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE (USA ONLY), OR PROVINCE TO PROVINCE (CANADA ONLY).

**Canada only**: The information regarding limitations on incidental and consequential damages under the New Vehicle Limited Warranty also applies to the Emission Control System warranties.

## WARRANTY STATEMENT

JLR warrants that during the warranty period, if a Land Rover vehicle is properly operated and maintained, repairs required to correct defects in factory-supplied materials or factory workmanship will be performed without charge upon presentment for service at a Land Rover retailer/authorized repairer; any component covered by this warranty found to be defective in materials or workmanship will be repaired, or replaced, without charge with a new or re-manufactured part distributed by JLR at its sole option.

The warranty period for the vehicle begins on the date of the first retail sale, or on the date of entry into demonstrator or company service, whichever occurs first. For further information detailing your warranty period, please refer to the relevant topic. See SUMMARY OF WARRANTIES.

**Canada only**: Jaguar Land Rover Canada ULC (JLRC) and your Land Rover retailer/authorized repairer are not responsible for any time that you lose, for any inconvenience you might be caused, for the loss of transportation, or for any other incidental or consequential damages you may have.

## WARRANTY COVERAGE

The New Vehicle Limited Warranty covers any factory-supplied component of the Land Rover vehicle that is defective during the basic warranty period, with the exception of tires and items such as:

1. Lubricants
2. Normal maintenance items
3. Regularly scheduled maintenance, parts and labor
4. Wear parts, except as listed below

The warranty includes any part scheduled for routine replacement during the warranty period if it is defective. If a part fails at the same time it is due for replacement it is not covered by the warranty.

## WEAR PARTS

Wear parts are warranted for one (1) year or until the vehicle has been driven 12,500 miles (20,000 kilometres), whichever occurs first. Wear parts include the following:

1. Brake pads - defect only.

**NOTE:**

Brake pads are covered for defects in material and workmanship only. Normal wear is not covered by the New Vehicle Limited Warranty.

2. Windshield wiper blades.

### BRAKE DISCS (ROTORS)

Brake discs are covered for defects in material and workmanship only. Normal wear is not covered by the New Vehicle Limited Warranty.

### VEHICLE STARTUP BATTERY (12 VOLT)

The vehicle startup battery is warranted 100% for parts and labor for:

1. **US**: Four (4) years or 50,000 miles, whichever occurs first.
2. **Canada**: Four (4) years or 80,000 kilometres, whichever occurs first.

### SERVICE ADJUSTMENTS

Any adjustment necessary to correct a defect in materials or workmanship will be performed without charge for one (1) year or until the vehicle has been driven 12,500 miles (20,000 kilometres), whichever occurs first. The term 'adjustment' refers to minor repairs or adjustment not usually associated with the replacement of parts.

### WHAT IS NOT COVERED

Damage caused by accident; alteration or misuse of the vehicle.

Examples are:

1. Damage caused by collision, fire, flood, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
2. Damage caused by negligence, misuse of the vehicle, improper repair, lack of or improper maintenance, overloading, racing, or using the vehicle as a stationary power source
3. Modification, alteration, or conversion of the vehicle, and/or installation of non-approved accessories or components, that alter the original engineering and/or operating specifications or which result in damage to the original components
4. Damage caused by tampering with the vehicle, tampering with the emissions systems or with other parts that affect these systems
5. Damage caused by contaminated or improper fuel or fluids
6. Damage caused by application of improper chemicals
7. Alteration or modification of the vehicle, including changes to the body, chassis, or components

after the vehicle leaves the control of JLR

8. Disconnection, replacement, or alteration of the odometer, or where the actual distance cannot be determined due to the odometer being inoperative for an extended period of time
9. Unauthorized replacement of the speedometer

This warranty shall be null and void if the Vehicle Identification Number (VIN) has been altered or cannot be read, if the odometer has been replaced or altered and the true mileage cannot be determined.

## DAMAGE CAUSED BY USE AND/OR THE ENVIRONMENT

Surface corrosion and deterioration of paint, trim, and appearance items that result from use and/or exposure to the elements are not covered.

Examples are:

1. Stone chips and scratches
2. Dings or dents
3. Road salt
4. Tree sap
5. Bird droppings
6. Lightning
7. Hail damage
8. Windstorm damage
9. Earthquake damage
10. Water or flood damage

## DAMAGE CAUSED BY IMPROPER MAINTENANCE

Damage caused by failure to maintain the vehicle, improperly maintaining the vehicle, or using the wrong fuel, oil, lubricants, or fluids is not correct. See FLUID FILLER LOCATIONS for correct fluid levels, and the Maintenance Schedule in this handbook for proper ways to maintain your vehicle.

Examples are:

1. Oil changes
2. Engine tune-up
3. Wiper blades
4. Oils, lubricants and other fluids
5. Oil/air filters
6. Brake linings/pads
7. Cleaning and polishing

## OTHER ITEMS AND CONDITIONS NOT COVERED BY THIS WARRANTY

1. Parts and accessories on your vehicle that are not JLR-approved.
2. Vehicles that have been, or are reported as, dismantled, junked, rebuilt, reconstructed, salvaged, totaled, stolen, or exposed to fire or flood.
3. Service adjustments, alignments and wear parts after one (1) year or 12,500 miles (20,000 kilometres), whichever occurs first.
4. Painting the entire car solely for paint color matching. JLR reserves the right to determine whether painting the repaired or replaced panel to match the original finish is practical. JLR will not under any circumstances pay for painting the entire car solely for paint color matching.
5. Normal noises or vibration. Your vehicle is a mechanical device, and all mechanical devices make some sort of noise and/or vibration. These noises and vibrations can differ from vehicle to vehicle, and JLR recognizes those noises as normal and characteristic of the product. Normal noise and/or vibration, as well as deterioration caused by normal wear and tear, each as determined by JLR or its representative, are not covered by our New Vehicle Limited Warranty.

## EXTRA WARRANTY ADJUSTMENT

Sometimes JLR may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the warranty. Check with your Land Rover retailer/authorized repairer, or contact the Jaguar Land Rover Customer Relationship Center to determine whether any adjustment program is applicable to your vehicle. See CUSTOMER ASSISTANCE.

Please have available the following information:

1. The model and the model year of your Land Rover vehicle
2. The 17-digit Vehicle Identification Number (VIN) – located on a plate at the bottom left corner of the windshield; also shown on your vehicle's registration and insurance cards

**NOTE:**

JLR reserves the right to make modifications in vehicles manufactured and/or sold by them at any time without incurring any obligation to make the same or similar modifications in vehicles previously manufactured and/or sold by them.

## CORROSION PROTECTION LIMITED WARRANTY

**Applicability**: Vehicles originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States, Puerto Rico, and Canada.

## WARRANTY STATEMENT

JLR warrant that if any corrosion perforation occurs on the body of a Land Rover vehicle within six (6) years, unlimited mileage/distance, from the date of first retail sale or the date of entry into demonstrator or company service, whichever occurs first, the panels affected by corrosion perforation

will be repaired or replaced at a Land Rover retailer/authorized repairer at no charge to the owner.

#### WARRANTY COVERAGE

This warranty applies only to corrosion perforation of painted body panels or the body shell. Corrosion perforation means the corroding-through of the vehicle body from the inside to the outside.

Any part or component bolted or attached to the body, such as the suspension or exhaust systems, is not covered by the warranty because it is not part of the ‘body’. These components are covered by the New Vehicle Limited Warranty.

#### SHEET METAL DAMAGE REPAIRS

Any automotive body shop that is repairing sheet metal damage should be instructed to apply proper anti-corrosive materials to bring those repaired areas into conformity with the original protection provided by the manufacturer. Damage caused by a failure to do so could void the Corrosion Warranty on any panels affected by the damage.

#### AFTERMARKET CORROSION-PROOFING

Land Rover vehicles are protected internally with a wax-injection process. The use of aftermarket applications that contain solvents could compromise this factory coating. Claims for future corrosion perforation repairs could be denied because the factory coating had been rendered ineffectual.

#### ALUMINUM REPAIRS

Land Rover vehicles employ full aluminum body panels and monocoque framework. All collision repairs must be performed by an authorized Jaguar Land Rover Aluminum Repair Center for the Corrosion Warranty to be applicable. Contact your local Land Rover retailer/authorized repairer for details, or to contact the Jaguar Land Rover Customer Relationship Center, dial:

# Related information

USING THE PASSPORT TO SERVICENOTICE TO CALIFORNIA CONSUMERS / AVISO A LOS CONSUMIDORES DE CALIFORNIAFOREWORDSUMMARY OF WARRANTIESFEDERAL EMISSION CONTROL SYSTEM WARRANTIES - USA ONLYFEDERAL EMISSION CONTROL SYSTEM WARRANTIES - CANADA ONLYEMISSION CONTROL SYSTEM WARRANTY COVERAGECALIFORNIA EMISSION CONTROL SYSTEM WARRANTIESGUIDELINES APPLICABLE TO WARRANTIESOBTAINING WARRANTY REPAIRSCUSTOMER ASSISTANCELAND ROVER ROADSIDE ASSISTANCE PROGRAMMAINTENANCE AND SERVICEHAZARDOUS WASTE MANAGEMENT

-
-
-
-

## Other Links

Rescue Documents

Go to TOPIx

© JAGUAR LAND ROVER LIMITED 2026

Registered Office Abbey Road, Whitley, Coventry CV3 4LF

Registered in England No: 1672070

The fuel consumption figures provided are as a result of official manufacturer's tests in accordance with EU legislation. A vehicle's actual fuel consumption may differ from that achieved in such tests and these figures are for comparative purposes only.

Model Select US/English (USA/Canada)

# 2022 Defender

Passport to Service
Go to previous page

# SUMMARY OF WARRANTIES [G2463087]

Jaguar Land Rover North America LLC (JLRNA) is the sole authorized distributor of Land Rover vehicles in the United States, Puerto Rico, and Guam and cover only vehicles originally specified and built by Jaguar Land Rover Limited for the United States, Puerto Rico, and Guam

Jaguar Land Rover Canada ULC (JLRC) is the sole authorized distributor of Land Rover vehicles in Canada, and cover only vehicles originally specified and built by Jaguar Land Rover Limited for Canada.

Land Rover warranties are in favor of the original purchaser and each subsequent owner during the respective warranty periods.

Jaguar Land Rover (JLR) will not cover the costs to modify the vehicle to meet legal requirements in another country. If you need to make modifications to your Land Rover vehicle in order to meet another country's legal requirements, JLR encourages you to have these modifications performed at a Land Rover retailer/ authorized repairer.

**Notwithstanding anything to the contrary in this Passport to Service, the warranties and benefits (including, but not limited to, the Roadside Assistance Program and service adjustments) detailed in this booklet are applicable to vehicles sold only in the United States, Puerto Rico, Guam, and Canada, and that have only been operated in the United States, Puerto Rico, Guam, and Canada, subject to all applicable exclusions or limitations. Any exportation of the vehicle from any country to another will void the Passport to Service (i.e., warranties and Roadside Assistance) and you will not receive any warranty repairs or benefits contained in this booklet. This excludes any outstanding Recall Campaign. However, these vehicles which are then subsequently exported may be eligible for Regional Warranty.**

A summary of Land Rover warranty is as follows.

### NEW VEHICLE LIMITED WARRANTY

| Description | Warranty |
|---|---|
| Bumper to bumper | **US**: 4 years/50,000 miles (whichever occurs first)<br>**Canada**: 4 years/80,000 kilometres (whichever occurs first) |
| 12V Battery | **US**: 4 years/50,000 miles (whichever occurs first)<br>**Canada**: 4 years/80,000 kilometres (whichever occurs first) |
| Wear parts and service adjustments | **US**: 1 year/12,500 miles (whichever occurs first)<br>**Canada**: 1 year/20,000 kilometres (whichever occurs first) |
| Corrosion | **US**: 6 years/unlimited mileage<br>**Canada**: 6 years/unlimited distance |

**NOTE:**

Some US states have mandated alternate coverage time periods for parts of your vehicle, for example, seat belts.

## EMISSION CONTROL SYSTEM WARRANTIES

Federal (US and Canada)

| Description | Warranty | Notes |
| --- | --- | --- |
| Emission design and defect warranty | 2 years/24,000 miles (40,000 kilometres), whichever occurs first. | Extended to the warranty limits under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. |
| Emission design and defect warranty<br>- Certain emissions-related parts | 8 years/80,000 miles (130,000 kilometres), whichever occurs first. | For a list of specific components, see EMISSION CONTROL SYSTEM WARRANTY COVERAGE. |
| Emission performance warranty | 2 years/24,000 miles (40,000 kilometres), whichever occurs first. | - |
| Emission performance warranty<br>- Certain emissions-related parts | 8 years/80,000 miles, (130,000 kilometres) whichever occurs first. | For a list of specific components, see EMISSION CONTROL SYSTEM WARRANTY COVERAGE. |

California[1]

| Description | Warranty | Notes |
| --- | --- | --- |
| Emission defect warranty<br>- Short-term | 3 years/50,000 miles, whichever occurs first. | Extended to the warranty limits under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. |
| Emission defect warranty<br>- Long term | 7 years/70,000 miles, whichever occurs first. | For a list of specific components, see CALIFORNIA EMISSION CONTROL SYSTEM WARRANTIES. |
| Emission performance warranty | 3 years/50,000 miles, whichever occurs first. | - |
| Extended emission defect and performance warranty.<br>- All emission parts | 15 years/150,000 miles, whichever occurs first. | |

| | | |
|---|---|---|
| - All emission parts, except high voltage battery. | occurs first. | Extended Emission Defect and Performance Warranty is applicable to Plug-in Hybrid Electric vehicles registered in California, Connecticut,, Colorado, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, or Vermont. |
| Extended emission defect and performance warranty.<br>- High voltage battery | 10 years/150,000 miles, whichever occurs first | |

[1] California Emission Control System Warranties are also applicable to vehicles registered in certain other US states. Specific states and vehicle applicability are specified in the section California Emission Control System Warranties

# Related information

USING THE PASSPORT TO SERVICENOTICE TO CALIFORNIA CONSUMERS / AVISO A LOS CONSUMIDORES DE CALIFORNIAFOREWORDVEHICLE WARRANTIESFEDERAL EMISSION CONTROL SYSTEM WARRANTIES - USA ONLYFEDERAL EMISSION CONTROL SYSTEM WARRANTIES - CANADA ONLYEMISSION CONTROL SYSTEM WARRANTY COVERAGECALIFORNIA EMISSION CONTROL SYSTEM WARRANTIESGUIDELINES APPLICABLE TO WARRANTIESOBTAINING WARRANTY REPAIRSCUSTOMER ASSISTANCELAND ROVER ROADSIDE ASSISTANCE PROGRAMMAINTENANCE AND SERVICEHAZARDOUS WASTE MANAGEMENT

## Other Links

Rescue Documents

Go to TOPIx

© JAGUAR LAND ROVER LIMITED 2026

Registered Office Abbey Road, Whitley, Coventry CV3 4LF

Registered in England No: 1672070

The fuel consumption figures provided are as a result of official manufacturer's tests in accordance with EU legislation. A vehicle's actual fuel consumption may differ from that achieved in such tests and these figures are for comparative purposes only.