UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BILHORN and ADEEL KHAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC and JAGUAR LAND ROVER LIMITED,<br><br>Defendants. | Case No. 2:26-cv-08139-EP-JRA<br><br>Motion Date: November 16, 2026 |

**DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1, Defendant Jaguar Land Rover North America, LLC ("JLRNA") shall move this Court before the Hon. Evelyn Padin on November 16, 2026 (or on such other date as the Court shall schedule) at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing Plaintiffs' First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, JLRNA shall rely upon the accompanying Memorandum in Support, Declaration of Tiffany Alexander and the exhibit thereto, the First Amended Class Action Complaint, and such other matters as may be presented to the Court at the time of the hearing. A proposed Order is submitted herewith.

Dated: October 23, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*By: /s/ Tiffany M. Alexander*

Tiffany M. Alexander
NJ Bar No. 000692002
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Tel.: 610-943-5351
tiffany.alexander@nelsonmullins.com

Terri S. Reiskin (admitted *pro hac vice*)
901 15th Street, N.W. Suite 1200
Washington, DC 20001
Tel.: 202-689-2814
terri.reiskin@nelsonmullins.com

Jason Hodge (admitted *pro hac vice*)
1021 East Cary Street, Suite 2120
Richmond, VA 23219
Tel.: 804-533-3891
jason.hodge@nelsonmullins.com

*Attorneys for Defendant Jaguar Land Rover North America, LLC*