UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BILHORN and ADEEL KHAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC and JAGUAR LAND ROVER LIMITED,<br><br>Defendants. | Case No. 2:26-cv-08139-EP-JRA<br><br>Motion Date: November 16, 2026 |

**[PROPOSED] ORDER**

The Court heard Defendant Jaguar Land Rover North America, LLC's ("JLRNA") Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and for good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. All claims in the First Amended Class Action Complaint are hereby dismissed for failure to state a claim under Fed. R. Civ. P. 12(b)(6) and to comply with applicable pleading requirements under Fed. R. Civ. P. 8(a) and 9(b); and

2. JLRNA's Motion to Dismiss is hereby **GRANTED** in its entirety.

Dated: _______________, 2026

_____________________________
Hon. Evelyn Padin
United States District Judge