UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BILHORN and ADEEL KHAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC and JAGUAR LAND ROVER LIMITED,<br><br>Defendants. | Case No. 2:26-cv-08139-EP-JRA<br><br>Motion Date: November 16, 2026 |

**DECLARATION OF TIFFANY M. ALEXANDER**

I, Tiffany M. Alexander, declare, under penalty of perjury, as follows:

1. I am a partner at the law firm of Nelson Mullins Riley & Scarborough LLP and am counsel of record for Defendant Jaguar Land Rover North America, LLC ("JLRNA") in the above-captioned action. I make this declaration upon personal knowledge and in support of JLRNA's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the 2022 Land Rover Defender Owner's Handbook containing the relevant Passport to Service provisions referenced in JLRNA's Brief in Support its Motion to Dismiss.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2026.

*/s/ Tiffany M. Alexander*
Tiffany M. Alexander