# EXHIBIT 1

R

# DEFENDER

# OWNER'S HANDBOOK

Publication Part No. LRL 18 02 68 211

R

# Contents

Introduction...............................2
Vehicle stability.........................7
Reporting safety defects...........8
Controls overview.....................9
Entering the vehicle................11
Exiting the vehicle...................20
Front seats...............................25
Rear seats................................32
Head restraints........................42
Steering wheel........................45
Seat belts................................47
Child safety.............................52
Air bags...................................60
Instrument panel.....................68
Warning and information lamps.....................................75
Exterior lights..........................84
Interior lights...........................89
Wipers and washers................91
Mirrors....................................96
Garage door opener................99
Windows...............................103
Storage compartments...........109
Load carrying........................116
Towing..................................120
Starting the engine................129
Auto stop/start......................133
Transmission..........................136
Suspension............................139
Brakes...................................146
Stability control.....................152
Driving programs..................155
Hill Descent Control (HDC)....161
Speed limiter.........................163
Cruise control........................168
Adaptive cruise control..........171
Collision avoidance...............179
All Terrain Progress Control (ATPC)...................................192
Driving aids...........................197
Touchscreen home................203
Touchscreen extra features.....210
Touchscreen settings.............212
Media...................................216
AM/FM radio.........................224
HD radio™............................227
Satellite radio........................229
Portable media......................233
Climate and comfort.............240
Parking features.....................250
Cameras................................258
4x4i......................................264
Low traction launch...............269
Phone...................................270
Bluetooth®............................281
Navigation.............................282
Voice control.........................294
InControl..............................297
Connectivity..........................303
Fuel and refueling.................307
Maintenance..........................312
Vehicle cleaning....................321
Fluid level checks..................327
Vehicle battery......................334
Fuses....................................341
Tires......................................350
Tire Pressure Monitoring System (TPMS)..................................364
Tire repair system..................368
Wheel changing....................375
Vehicle recovery....................385
After a collision.....................390
Vehicle labels........................392
Passport to service................393

L

## Contents

Dispute resolution - USA........428
Dispute resolution - Canada...465
Technical specifications..........466
Type approval.........................476
Index.....................................480

L



| Description | Warranty | Notes |
| --- | --- | --- |
| Extended emission defect and performance warranty. - All emission parts, except high voltage battery. | 15 years/150 000 miles, whichever occurs first. | Extended Emission Defect and Performance Warranty is applicable to Plug-in Hybrid Electric vehicles registered in California, Connecticut,, Colorado, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, or Vermont. |
| Extended emission defect and performance warranty. - High voltage battery | 10 years/150 000 miles, whichever occurs first | |

[1] California Emission Control System Warranties are also applicable to vehicles registered in certain other US states. Specific states and vehicle applicability are specified in the section California Emission Control System Warranties.

## VEHICLE WARRANTIES

### NEW VEHICLE LIMITED WARRANTY

All vehicles originally specified and built by Jaguar Land Rover Limited for, and registered in, the United States, Puerto Rico, Guam, and Canada.

**Warranty limitations**

This New Vehicle Limited Warranty is the only express warranty applicable to your vehicle. Jaguar Land Rover (JLR) neither assume, nor authorizes anyone to assume for it, any other obligation or liability in connection with this warranty.

**Limitation of remedies**

Under the warranty, it is agreed that the sole exclusive remedy against JLR, and their retailer/authorized repairers shall be for the repair or replacement of defective parts as provided herein. The sole purpose of this exclusive remedy shall be to provide for the free repair and replacement of defective parts in the manner prescribed in this warranty. This exclusive remedy shall not be deemed to have failed its essential purpose so long as JLR, through their authorized retailers, are willing and able to repair or replace defective parts in the prescribed manner.

### IMPLIED WARRANTIES - CONSEQUENTIAL DAMAGES

UNDER THE LAW, THE OWNER MAY BE ENTITLED TO THE BENEFIT OF CERTAIN IMPLIED WARRANTIES:

- AN IMPLIED WARRANTY OF MERCHANTABILITY (THAT YOUR CAR IS REASONABLY FIT FOR THE GENERAL PURPOSE FOR WHICH IT WAS SOLD) OR,

- AN IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE. (THAT YOUR CAR IS SUITABLE FOR YOUR SPECIAL PURPOSES).

THESE IMPLIED WARRANTIES ARE LIMITED, TO THE EXTENT ALLOWED BY LAW, TO THE TIME PERIOD COVERED BY THE WRITTEN WARRANTIES, OR TO THE APPLICABLE TIME PERIOD PROVIDED BY STATE LAW (USA ONLY) OR PROVINCIAL LAW (CANADA ONLY), WHICHEVER PERIOD IS SHORTER.

JLR DOES NOT ACCEPT RESPONSIBILITY UNDER ANY OF THE WARRANTIES IN THE PASSPORT TO SERVICE FOR ANY CONSEQUENTIAL DAMAGE OR COMMERCIAL LOSS TO THE OWNER, OR ANY INCIDENTAL EXPENSES, LOSS OF TIME, OR INCONVENIENCE.

SOME STATES (USA ONLY) OR PROVINCES (CANADA ONLY) DO NOT PERMIT A LIMITATION ON HOW LONG AN IMPLIED WARRANTY WILL LAST, OR ON THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO THE OWNER. THIS WARRANTY GIVES OWNERS SPECIFIC LEGAL RIGHTS, AND THEY MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE (USA ONLY), OR PROVINCE TO PROVINCE (CANADA ONLY).

**Canada only**: The information regarding limitations on incidental and consequential damages under the New Vehicle Limited Warranty also applies to the Emission Control System warranties.

**Warranty statement**

JLR warrants that during the warranty period, if a Land Rover vehicle is properly operated and maintained, repairs required to correct defects in factory-supplied materials or factory workmanship will be performed without charge upon presentment for service at a Land Rover retailer/authorized repairer; any component covered by this warranty found to be defective in materials or workmanship will be repaired, or replaced, without charge with a new or re-manufactured part distributed by JLR at its sole option.

The warranty period for the vehicle begins on the date of the first retail sale, or on the date of entry into demonstrator or company service, whichever occurs first. For further information detailing your warranty period, please refer to the relevant topic. See **395, SUMMARY OF WARRANTIES**.

**Canada only**: Jaguar Land Rover Canada ULC (JLRC) and your Land Rover retailer/ authorized repairer are not responsible for any time that you lose, for any inconvenience you might be caused, for the loss of transportation, or for any other incidental or consequential damages you may have.

**Warranty coverage**

The New Vehicle Limited Warranty covers any factory-supplied component of the Land Rover vehicle that is defective during the basic warranty period, with the exception of tires and items such as:

- Lubricants
- Normal maintenance items
- Regularly scheduled maintenance, parts and labor

L

## Passport to service

- Wear parts, except as listed below

The warranty includes any part scheduled for routine replacement during the warranty period if it is defective. If a part fails at the same time it is due for replacement it is not covered by the warranty.

**Wear parts**

Wear parts are warranted for one (1) year or until the vehicle has been driven 12,500 miles (20,000 kilometres), whichever occurs first. Wear parts include the following:

- Brake pads - defect only.

  ***Note:*** *Brake pads are covered for defects in material and workmanship only. Normal wear is not covered by the New Vehicle Limited Warranty.*

- Windshield wiper blades.

**Brake discs (rotors)**

Brake discs are covered for defects in material and workmanship only. Normal wear is not covered by the New Vehicle Limited Warranty.

**Vehicle Startup Battery (12 volt)**

The vehicle startup battery is warranted 100% for parts and labor for:

- **US**: Four (4) years or 50,000 miles, whichever occurs first.
- **Canada**: Four (4) years or 80,000 kilometres, whichever occurs first.

**Service adjustments**

Any adjustment necessary to correct a defect in materials or workmanship will be performed without charge for one (1) year or until the vehicle has been driven 12,500 miles (20, 000 kilometres), whichever occurs first. The term 'adjustment' refers to minor repairs or adjustment not usually associated with the replacement of parts.

**What is not covered**

Damage caused by accident; alteration or misuse of the vehicle.

Examples are:

- Damage caused by collision, fire, flood, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Damage caused by negligence, misuse of the vehicle, improper repair, lack of or improper maintenance, overloading, racing, or using the vehicle as a stationary power source
- Modification, alteration, or conversion of the vehicle, and/or installation of non-approved accessories or components, that alter the original engineering and/or operating specifications or which result in damage to the original components
- Damage caused by tampering with the vehicle, tampering with the emissions systems or with other parts that affect these systems
- Damage caused by contaminated or improper fuel or fluids
- Damage caused by application of improper chemicals
- Alteration or modification of the vehicle, including changes to the body, chassis, or components after the vehicle leaves the control of JLR
- Disconnection, replacement, or alteration of the odometer, or where the actual distance cannot be determined due to the odometer being inoperative for an extended period of time
- Unauthorized replacement of the speedometer